IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BECKY BELT, KAREN JENKINS MARSHA LAND, and JENNIFER LINCOLN,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 05-4132-JPG ) ) |
| **MARION COMMUNITY UNIT SCHOOL DISTRICT NO. 2,** | ) ) ) ) |
| Defendant. | ) |

**PROTECTIVE ORDER**

The parties' joint motion for a protective order (Doc. No. 42) is GRANTED with the following modifications to the stipulations.

1. All medical records produced by Plaintiffs and Plaintiffs' health care providers are hereby designated "confidential" and thereby made subject to the provisions of this Order.

2. Plaintiffs' confidential medical records shall be utilized solely for the purpose of this action, and shall not be used by Defendant or their counsel for any other purpose.

3. Defendant's counsel shall not disclose the designated confidential information either by verbal description or by showing the material itself to any other person, organization, or entity of any kind or nature whatsoever, other than (a) Defendant's managing agents who are directly involved in defending this lawsuit; (b) attorneys and staff of the law firm of Tueth, Keeney, Cooper, Mohan & Jackstadt, P.C. assisting in litigation preparation; (c) experts and consultants retained on Defendant's behalf; and (d) for use in depositions, as part of dispositive motions, at mediation and/or at trial, except as provided for herein.

4. Defendant's counsel shall instruct its client, co-counsel and staff members, experts and consultants, and any other persons to whom they disclose such confidential information pursuant to Paragraph 3, of the requirements of this Order and that the confidentiality provisions of this Order shall extend to them.

5. All copies, reproductions or reprints of Plaintiffs' confidential medical records or parts thereof made by Defendant, its counsel or under their direction shall be secured and protected as set forth in this Agreement.

6. ~~Subject to the further Order of this Court, any confidential medical record filed with the Court in this action as part of a motion shall be placed under seal.~~

7. Upon final determination of this action, including all appeals, all materials subject to this Protective Order shall, within thirty (30) days, be returned to Plaintiffs' counsel, or destroyed. If destroyed, counsel shall so indicate in a letter to Plaintiffs' counsel.

8. Any party may, after consultation with opposing counsel, apply to the Court for modification or exception to this Protective Order.

9. This Stipulated Protective Order shall govern all proceedings in this action, and remain in effect unless and until it is superseded by further order of this Court. This Protective Order does not restrict the use of confidential medical records at depositions, dispositive motions, mediation or trial, except as provided for above. Issues of use or admissibility at trial shall be determined by the Court at that time.

**IT IS SO ORDERED.**

**DATED:   December 2, 2005   .**

*S/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**