IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BECKY BELT, KAREN JENKINS, MARSHA LAND, and JENNIFER LINCOLN,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| VS. ) ) | NO. CV 05-4132-JPG-PMF |
| **MARION COMMUNITY UNIT SCHOOL DISTRICT NO. 2,** ) ) ) | |
| Defendant. ) | |

### ORDER

**FRAZIER, Magistrate Judge:**

On March 14, 2006, the Court requested documents for *in camera* review. The specific documents had been provided in a redacted form at the deposition of Roxanne Price. They were marked as Defendant's Exhibits 118 and 119. I have reviewed the redacted and unredacted versions of the documents.

The redacted portions are privileged from discovery. They reflect the Illinois Education Association's strategy and thought processes for ongoing collective bargaining negotiations. The documents in question will be returned to attorney Stacey Aschemann. She should retain those documents should they be the subject of further Court review.

IT IS SO ORDERED.

DATED: March 22, 2006.

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**