**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BECKY BELT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 05-4132-JPG |
| | ) | |
| MARION COMMUNITY UNIT SCHOOL, | ) | |
| DISTRICT NO. 2 | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**GILBERT, District Judge:**

This matter comes before the Court on Plaintiffs' Request for Review of Magistrate's Order Denying Plaintiffs' Oral Motion to Compel Defendant to Produce the Verbatim Record from Closed School Board Meetings. (Doc. 66). In their motion, Plaintiffs complain of Judge Frazier's ruling with respect to their request for verbatim transcripts of all Board of Education meetings for the period of September 2003 through July 14, 2005, during which certain subjects relevant to this litigation were discussed. Initially, Defendants objected to the production of these transcripts, claiming the information is protected by qualified immunity, attorney-client privilege, the work-product doctrine, the Family Educational Rights and Privacy Act and 5 ILCS § 120/2(c), 5 ILCS § 120/2.06 and 5 ILCS § 120/2a. During a telephone conference on March 9, 2006, Judge Frazier found that the verbatim records were not discoverable under 5 ILCS § 120/2.06(e).

After reviewing Plaintiffs' motion and the authority cited therein, the Court finds that the appropriate course of action at this juncture is for the Defendant to produce these documents for *in camera* review, therefore Plaintiffs' motion is **GRANTED in part** subject to the following instructions:

-1-

1.   Defendants shall produce the documents requested in Plaintiffs' Request for Production 27 to the Court on or before April 12, 2006.

2.   Defendants shall redact those portions of the documents which are not covered by Plaintiffs' Request for Production 27.

3.   Defendants shall indicate which portions of these documents it claims are protected by the attorney-client privilege so that the Court may rule on their admissibility.

The Court **DENIES** plaintiffs' request for legal fees pertaining to this motion.

**IT IS SO ORDERED.**

**DATED: April 3, 2006.**

 /s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**

-2-