## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BECKY BELT, KAREN JENKINS, MARSHA LAND, and JENNIFER LINCOLN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | NO. CV 05-4132-JPG-PMF |
| MARION COMMUNITY UNIT SCHOOL DISTRICT 2, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   June 13, 2006

NORBERT JAWORSKI, CLERK

   **s/ Brenda Lowe**
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
   **U. S. DISTRICT JUDGE**